# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 20-1414**  **September Term, 2024**

EPA-85FR49084

**Filed On: October 4, 2024** [2078241]

Huntsman Petrochemical LLC,

      Petitioner

   v.

Environmental Protection Agency,

      Respondent

------------------------------

Air Alliance Houston, et al.,
      Intervenors

------------------------------

Consolidated with 20-1417, 20-1418

## O R D E R

Upon consideration of EPA's unopposed motion to govern, it is

**ORDERED** that these consolidated cases remain in abeyance pending further order of the court. The parties are directed to file motions to govern future proceedings by November 15, 2024.

                                                **FOR THE COURT:**
                                                Mark J. Langer, Clerk

                                BY:    /s/
                                                   Louis Karl Fisher
                                                  Deputy Clerk