# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 20-1414**                                    **September Term, 2024**

**EPA-85FR49084**

**Filed On: April 10, 2025** [2110447]

Huntsman Petrochemical LLC,

      Petitioner

    v.

Environmental Protection Agency,

      Respondent

------------------------------

Air Alliance Houston, et al.,
          Intervenors
------------------------------

Consolidated with 20-1417, 20-1418

## O R D E R

It is **ORDERED**, on the court's own motion, that this case be returned to the court's active docket. It is

**FURTHER ORDERED** that the parties file motions to govern future proceedings by May 12, 2025.

                **FOR THE COURT:**
                Clifton B. Cislak, Clerk

        BY:    /s/
                Elbert B.J. Lestrade
                Deputy Clerk